LOWENSTEIN SANDLER LLP
65 Livingston Ave
Roseland, New Jersey 07068
(973) 597-2356
David W. Field
dfield@lowenstein.com
*Attorneys for Plaintiffs*

CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------- x
                                                  :
THE PRUDENTIAL INSURANCE COMPANY                  :  Honorable Stanley R. Chesler, U.S.D.J.
OF AMERICA;                                       :  Civil Action No. 13 CV 1586 (SRC)(CLW)
                                                  :
            Plaintiffs,                           :
                                                  :
   v.                                             :  **STIPULATION OF VOLUNTARY DISMISSAL**
                                                  :  **WITH PREJUDICE**
BANK OF AMERICA, NATIONAL                         :
ASSOCIATION, et al.,                              :
                                                  :
            Defendants.                           :
                                                  :
------------------------------------------------- x
                                                  :
PRUDENTIAL INVESTMENT PORTFOLIOS                  :  Honorable Stanley R. Chesler, U.S.D.J.
2 and THE PRUDENTIAL SERIES FUND;                 :  Civil Action No. 14 CV 4242 (SRC)(CLW)
                                                  :
            Plaintiffs,                           :
                                                  :
   v.                                             :
                                                  :
BANK OF AMERICA, NATIONAL                         :
ASSOCIATION, et al.,                              :
                                                  :
            Defendants.                           :
                                                  :
------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that all claims that were asserted or could have been asserted in the above-captioned actions are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all costs and expenses of suit being paid by the party incurring the same.

| | |
|---|---|
| /s/ James S. Richter | /s/ David W. Field |
| James S. Richter | David W. Field |
| jrichter@winston.com | dfield@lowenstein.com |
| Melissa Steedle Bogad | LOWENSTEIN SANDLER LLP |
| mbogad@winston.com | 65 Livingston Ave |
| WINSTON & STRAWN LLP | Roseland, New Jersey 07068 |
| The Legal Center | (973) 597-2356 |
| One Riverfront Plaza, Suite 730 | |
| Newark, New Jersey 07102 | *Attorneys for Plaintiffs* |
| (973) 848-7676 | |
| | Dated: April 22, 2015 |
| *Attorneys for Defendants* | |
| | |
| Dated: April 22, 2015 | |
| | |
| **OF COUNSEL:** | **OF COUNSEL:** |
| Marc T.G. Dworsky (*pro hac vice*) | Daniel L. Brockett (*pro hac vice*) |
| James C. Rutten (*pro hac vice*) | David D. Burnett (*pro hac vice*) |
| Achyut J. Phadke (*pro hac vice*) | QUINN EMANUEL URQUHART & |
| MUNGER TOLLES & OLSON, LLP | SULLIVAN, LLP |
| 355 South Grand Avenue, 35th Floor | 51 Madison Avenue, 22nd Floor |
| Los Angeles, California 90071-1560 | New York, New York 10010-1601 |
| (213) 683-9100 | (212) 849-7000 |
| (213) 687-3702 (fax) | (212) 849-7100 (fax) |
| marc.dworsky@mto.com | danbrockett@quinnemanuel.com |
| james.rutten@mto.com | davidburnett@quinnemanuel.com |
| achyut.phadke@mto.com | |
| | Jeremy D. Andersen (*pro hac vice*) |
| *Attorneys for Defendants* | Christopher R. Barker (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & |
| | SULLIVAN, LLP |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | jeremyandersen@quinnemanuel.com |
| | chrisbarker@quinnemanuel.com |
| | |
| | *Attorneys for Plaintiffs* |

So Ordered

This __23__ day of __April__ 2015

_____
Honorable Stanley R. Chesler, U.S.D.J.